```
                           United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 13-06465-RNO
David P. Bombardier                                                 Chapter 13
Jodi L. Bombardier
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AGarner              Page 1 of 1            Date Rcvd: Jul 25, 2017
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.
      +Precision Pipeline,   3314 56th Street,   Eau Claire, WI 54703-6332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
        Jerome B Blank   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
         SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
         REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-I pamb@fedphe.com
        Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Steven P. Miner   on behalf of Debtor David P. Bombardier sminer@daleyzucker.com,
         aewing@daleyzucker.com
        Steven P. Miner   on behalf of Joint Debtor Jodi L. Bombardier sminer@daleyzucker.com,
         aewing@daleyzucker.com
        Thomas I Puleo   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                     TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
    David P. Bombardier, and : CASE NO. 1-13-bk-06465
    Jodi L. Bombardier :
        Debtors : Chapter 13

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon Motion of the Debtor, David P. Bombardier, for a wage attachment having come this day before the Court, it is:

**ORDERED** that Precision Pipeline, 3314 56th Street, Eau Claire, Wisconsin 54703, the employer of the Debtor, is hereby directed to deduct from the salary of the debtor, David A. Bombardier, the sum of $37.50 from the weekly salary and submit to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

By the Court,

Dated: July 25, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)