```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 13-06465-RNO
David P. Bombardier                                             Chapter 13
Jodi L. Bombardier
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner          Page 1 of 1           Date Rcvd: Oct 27, 2017
                            Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db/jdb          +David P. Bombardier,   Jodi L. Bombardier,   322 South Progress Avenue,
                  Harrisburg, PA 17109-5722
                +Letourneau Enterprises, LLC,,   11325 North Community House Road,   Suite 125,
                  Charlotte, NC 28277-0782

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS
               REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-I pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven P. Miner    on behalf of Debtor 1 David P. Bombardier sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Steven P. Miner    on behalf of Debtor 2 Jodi L. Bombardier sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
   David P. Bombardier, and : CASE NO. 1-13-bk-06465
   Jodi L. Bombardier :
      Debtors : Chapter 13

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon Motion of the Debtor, David P. Bombardier, for a wage attachment having come this day before the Court, it is:

**ORDERED** that Letourneau Enterprises, LLC, 11325 North Community House Road, Suite 125, Charlotte, NC 28277, the employer of the Debtor, is hereby directed to deduct from the salary of the Debtor, David A. Bombardier, the sum of $37.50 from the weekly salary and submit to Charles J. Dehart, III, Esquire, Standing Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders, if any, made to subject entity in this or any previous case.

Dated: October 27, 2017

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)