United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
David P. Bombardier  
Jodi L. Bombardier  
    Debtors

Case No. 13-06465-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AGarner    Page 1 of 1    Date Rcvd: Aug 15, 2018  
                    Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.  
db/jdb       +David P. Bombardier,   Jodi L. Bombardier,   322 South Progress Avenue,   Harrisburg, PA 17109-5722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
         Jerome B Blank    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-I pamb@fedphe.com  
         Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Matthew Christian Waldt    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         Steven P. Miner    on behalf of Debtor 1 David P. Bombardier sminer@daleyzucker.com, aewing@daleyzucker.com  
         Steven P. Miner    on behalf of Debtor 2 Jodi L. Bombardier sminer@daleyzucker.com, aewing@daleyzucker.com  
         Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                        TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David P. Bombardier,<br>**Debtor 1**<br><br>Jodi L. Bombardier,<br>aka Jodi L. Clark, dba The Design Factory,<br>**Debtor 2** | Chapter 13<br><br>Case No.  1:13−bk−06465−RNO |

Social Security No.:
          xxx−xx−2244          xxx−xx−3170

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 15, 2018

By the Court,

*/s/ Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

**fnldec** (05/18)